IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMES RAE HARRISON,

   Plaintiff,

     v.

SHERIFF PHIL MILLER
Douglas County Sheriff Department, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:08-CV-2096-TWT

## ORDER

This is a pro se civil rights case arising out of the Plaintiff's arrest by a Douglas County deputy sheriff. It is before the Court on the Report and Recommendation [Doc. 42] of the Magistrate Judge recommending granting the Defendants' Motion to Dismiss [Doc. 23]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion to Dismiss is GRANTED. The Plaintiff's Motions [Docs. 43, 44, 45 and 46] that were filed after the Report and Recommendation are DENIED.

SO ORDERED, this 9 day of July, 2009.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge