IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMES RAE HARRISON,

   Plaintiff,

    v.

SHERIFF PHIL MILLER
Douglas County Sheriff Department, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:08-CV-2096-TWT

## ORDER

This is a pro se civil rights case. The filing of a notice of appeal deprives the Court of jurisdiction to grant the relief requested in the Motion and Request to Submit Evidence [Doc. 50] and Motion for Leave to Appear [Doc. 51] which are DENIED. The Motion to Stay [Doc. 49] and Motion for Reconsideration [Doc. 58] are DENIED. Until the Plaintiff's appeal is decided, the Court has no jurisdiction to provide the Plaintiff with any relief.

SO ORDERED, this 12 day of August, 2009.

                /s/Thomas W. Thrash
                THOMAS W. THRASH, JR.
                United States District Judge